# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                        CASE NO. 4:06CR00062 BSM

MARCQUESTIN WEST                                            DEFENDANT

## AMENDED JUDGMENT

Defendant Marcquestin West appeared on May 19, 2014, to show cause why his supervised release should not be revoked.  For reasons stated on the record, it was determined that the United States' motion to revoke [Doc. No. 28] is granted and West's supervised release is revoked.

Accordingly, West is sentenced to 244 days with credit given for time served.  He is also sentenced to one year of supervised release, with the following special conditions:  West shall participate, at the direction of the United States Probation Office, in drug screening and substance abuse treatment counseling; he shall be required to participate in GED classes until he obtains his GED; and the Probation Office is authorized to conduct third party notification to future employers.

The clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshal Service.

IT IS SO ORDERED THIS 19th day May 2014.


_____
UNITED STATES DISTRICT JUDGE